ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Leo A. Daly Company ) | ASBCA No. 60106 |
| ) | |
| Under Contract No. W912HN-09-C-0034 ) | |

APPEARANCE FOR THE APPELLANT:  J. Andrew Howard, Esq.
Alston & Bird, LLP
Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT:  Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Laura J. Arnett, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Savannah

ORDER OF DISMISSAL

The parties have filed a joint stipulation of dismissal with prejudice, representing that they have reached a settlement and executed a release agreement.

Accordingly, this appeal is hereby dismissed with prejudice.

Dated: 23 August 2016

_____
ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60106, Appeal of Leo A. Daly Company, rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals